# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT


## 12-207 consolidated with 12-206


**DUSTIN ESTIS**

**VERSUS**

**AMBAR LONE STAR FLUID SERVICE**


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - DISTRICT 4
PARISH OF LAFAYETTE, NO. 10-07910 C/W 09-01592
SHARON MORROW, WORKERS' COMPENSATION JUDGE


\*\*\*\*\*\*\*\*\*\*


## OSWALD A. DECUIR
## JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy Howard Ezell, Judges.


**AFFIRMED AS AMENDED.**


**Mark T. Garber**
**Mark T. Garber, L.L.C.**
**2000 West Congress Street**
**Lafayette, LA 70506**
**(337) 234-5500**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **Dustin Estis**

**Lee A. Archer**
**Law Office of Lee A. Archer**
**1225 Rustic Lane**
**Lake Charles, LA  70605**
**(337) 474-4712**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
 **Dustin Estis**

**Patrick A. Johnson**
**Allen & Gooch**
**P. O. Box 81129**
**Lafayette, LA 70598-1129**
**(337) 291-1430**
**COUNSEL FOR DEFENDANT/APPELLANT:**
 **Ambar Lone Star Fluid Service**

**DECUIR, Judge.**

For the reasons assigned in the similarly captioned consolidated case designated as Number 12-206, *Dustin Estis v. Ambar Lone Star Fluid Service*, 12-206 (La.App. 3 Cir. ___/___/___), ___ So.3d ___, the judgment of the workers' compensation judge is affirmed as amended. All costs of these proceedings are taxed to Ambar Lone Star Fluid Service.

**AFIRMED AS AMENDED.**